CRABTREE v. JONES

No. 302P96

Case below: 122 N.C. App. 577

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

DAVIS v. RAYMARK FRICTION CO.

No. 288P96

Case below: 122 N.C. App. 577

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 September 1996.

EPPS v. DUKE UNIVERSITY

No. 230P96

Case below: 122 N.C. App. 198

Petition by defendants (Duke University and Hjelmstad) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

GARRISON v. CONNOR

No. 314P96

Case below: 122 N.C. App. 702

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

HIGGS v. SOUTHEASTERN CLEANING SERVICE

No. 289PA96

Case below: 122 N.C. App. 457

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed as moot 5 September 1996.